# United States District Court
# Western District of North Carolina
# Charlotte Division

|   |   |   |
|---|---|---|
| Al Smile, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:19-cv-00163-FDW-DCK |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Loebsack & Brownlee, PLLC, et al, | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 31, 2019 Order.

May 31, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court